```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISOL LAUREANO, et al.,

                Plaintiffs,

- against -

COMMISSIONER GLENN S. GOORD, et al.,

                Defendants.

**ORDER**

06 Civ. 7845 (SHS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following correspondence from the Defendants to the Court dated April 9, 2009,

**IT IS HEREBY ORDERED THAT** Defendants **SHALL** respond to Plaintiffs' statement of material facts no later than **May 5, 2009.**

**SO ORDERED this 15th day of April 2009**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge